AO 106 (Rev. 04/10) Application for a Search Warrant

Case 3:19-cm-00015-MEF   Document 1   Filed 05/08/19   Page 1 of 15 PageID #: 1

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY - 8 2019

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:19 cm 15
)
Google, Inc. account )
"hatzaloo19@gmail.com" )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT "A," This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41

located in the    Western    District of    Arkansas   , there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A | Possession/Distribution of Child Pornography |

The application is based on these facts:
See Affidavit of SA Gerald Faulkner - "Attachment C "

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Gerald Faulkner - HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/8/19

_____
Judge's signature

City and state: Fort Smith, Arkansas

United States Magistrate Mark E. Ford
*Printed name and title*

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with the Google, Inc. email account:

**hatzaloo19@gmail.com**

that is stored at premises owned, maintained, controlled, or operated by Google, Inc. headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

## ATTACHMENT B

## SPECIFIC ITEMS TO BE SEIZED

I.  **Information to be disclosed by Google Inc.**

Google Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A for the period from December 28, 2018 through the present for account **hatzaloo19@gmail.com.**

    1. The contents of all e-mails stored in the account, including in and all **images or videos sent via email**, copies of e-mails sent to and from the account, draft e-mails, source and destination e-mails sent addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

    2. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    3. All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

    4. All records pertaining to communications between any persons regarding this account, including contacts with support services and records of actions taken.

## II. Method of Service

1. Items seized pursuant to this search warrant can be served by sending, on any digital media device, to the Special Agent designated via email at the following address: Gerald.F.Faulkner@ice.dhs.gov

ATTACHMENT C

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **STATE OF ARKANSAS** | : | |
| | : | |
| | : | ss. **A F F I D A V I T** |
| | : | |
| **COUNTY OF CARROLL** | : | |

### Affidavit in Support of Application for Search Warrant

I, Gerald Faulkner, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), currently assigned to the Assistant Special Agent in Charge Office in Fayetteville, Arkansas. I have been so employed with HSI since April, 2009. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, online enticement, transportation, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2251A, 2422(b), 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants and arrest warrants, a number of which involved child exploitation and/or child pornography offenses. This affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2. This affidavit is made in support of applications for a search warrant for information associated with a certain account that is stored at a premises owned, maintained, controlled, or operated by Google Inc., an electronic mail/Internet service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043. This affidavit is made in support of an application for a search warrant under Title 18, United States Code (U.S.C.) §§ 2252A, relating to Distribution of Child Pornography; to require Google Inc. to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the electronic mail account (email): **hatzaloo19@gmail.com.**

## Statutory Authority

3. This investigation concerns alleged violations of Title 18, United States Code, Sections 2252 and 2252A, relating to material involving the sexual exploitation of minors, which has been defined in Title 18 U.S.C. 2256, as an individual under 18 years of age.

a. Under 18 U.S.C. Section 2252(a)(1) (transportation), 2252(a)(2) (receipt and distribution), and 2252(a)(4)(B) and 2252A(a)(5)(B) (possession), it is a federal crime for any person to transport, distribute, receive, and possess child pornography, as that term is defined by federal law. Further under 18 U.S.C. Section 2253(a)(3), a person who is convicted of an offense under 18 U.S.C. Section 2252 or 2252A, shall forfeit to the United States such person's interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

## Computers and Child Pornography

4. "Based upon my knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, I know that computers and computer technology have revolutionized

the way in which child pornography is produced, distributed and utilized. Prior to the advent of computers and the Internet, child pornography was produced using cameras and film, resulting in either still photographs or movies. The photographs required darkroom facilities and a significant amount of skill in order to develop ad reproduce the images. As a result, there were definable costs involved with the production of pornographic images. To distribute these images on any scale also required significant resources. The photographs themselves were somewhat bulky and required secure storage to prevent exposure to the public. The distribution of these wares was accomplished through a combination of personal contacts, mailings, and telephone calls, and compensation for these wares would follow the same paths. More recently, through the use of computers and the Internet, distributors of child pornography use membership-base/subscription-based websites to conduct business, allowing them to remain relatively anonymous.

5. In addition, based upon my own knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, I know that the development of computers has also revolutionized the way in which those who seek out child pornography are able to obtain this material. Computers serve four basic functions in connection with child pornography: production, communication, distribution, and storage. More specifically, the development of computers has changed the methods used by those who seek to obtain access to child pornography in these ways:

6. Producers of child pornography can now produce both still and moving images directly from a common video or digital camera. The camera is attached, using a device such as a cable, or digital images are often uploaded from the camera's memory card, directly to the computer. Images can then be stored, manipulated, transferred, or printed directly from the

computer. Images can be edited in ways similar to how a photograph may be altered. Images can be lightened, darkened, cropped, or otherwise manipulated. The producers of child pornography can also use a device known as a scanner to transfer photographs into a computer-readable format. As a result of this technology, it is relatively inexpensive and technically easy to produce, store, and distribute child pornography. In addition, there is an added benefit to the pornographer in that this method of production does not leave as large a trail for law enforcement to follow.

7. The Internet allows any computer to connect to another computer. By connecting to a host computer, electronic contact can be made to literally millions of computers around the world. A host computer is one that is attached to a network and serves many users. Host computers are sometimes operated by commercial Internet Service Providers (ISPs), such as America Online ("AOL") and Microsoft, which allow subscribers to dial a local number and connect to a network which is, in turn, connected to the host systems. Host computers, including ISPs, allow e-mail service between subscribers and sometimes between their own subscribers and those of other networks. In addition, these service providers act as a gateway for their subscribers to the Internet or the World Wide Web.

8. The Internet allows users, while still maintaining anonymity, to easily locate (i) other individuals with similar interests in child pornography; and (ii) websites that offer images of child pornography. Those who seek to obtain images or videos of child pornography can use standard Internet connections, such as those provided by business, universities, and government agencies, to communicate with each other and to distribute child pornography. These communication links allow contacts around the world as easily as calling next door. Additionally, these communications can be quick, relatively secure, and as anonymous as desired. All of these advantages, which promote anonymity for both the distributor and recipient, are well known and

are the foundation of transactions involving those who wish to gain access to child pornography over the Internet. Sometimes the only way to identify both parties and verify the transportation of child pornography over the Internet is to examine the recipient's computer, including the Internet history and cache to look for "footprints" of the websites and images accessed by the recipient.

9. The computer's capability to store images in digital form makes it an ideal repository for child pornography. A single floppy disk can store dozens of images and hundreds of pages of text. The size of the electronic storage media (commonly referred to as a "hard drive") used in home computers has grown tremendously with the last several years. Hard drives with the capacity of 160 gigabytes are not uncommon. These drives can store thousands of images at very high resolution. Magnetic storage located in host computers adds another dimension to the equation. It is possible to use a video camera to capture an image, process that image in a computer with a video capture board, and save that image to storage in another country. Once this is done, there is no readily apparent evidence at the "scene of the crime." Only with careful laboratory examination of electronic storage devices is it possible to recreate the evidence trail.

10. It should be noted that Internet Protocol (IP) numbers are unique identifiers leased to internet customers by their ISP's. Although IP numbers are capable of changing over time, only one (1) unique IP number can be assigned to a given customer's computer at any given time. Logs of these leased IP's (and their assigned customer accounts) are stored by ISP's routinely.

11. Your Affiant knows from his own experience and the training and experience of other law enforcement officers that Internet computers identify each other by an Internet Protocol or IP address. These IP addresses can assist law enforcement in finding a particular computer on the Internet. These IP addresses can typically lead the law enforcement officer to a particular

Internet service company and that company can typically identify the account that uses the address to access the Internet.

## Background Regarding Gmail Accounts

12. Based on my knowledge and experience and information obtained from other law enforcement personnel with training and experience in this area, the following is known about Gmail accounts:

   a. Gmail is a free, advertising supported email service provided by Google. Users may access Gmail as secure webmail.

   b. Gmail initially started as an invitation-only beta release on April 1, 2004 and it became available to the public on February 7, 2007.

   c. Individual Gmail messages, including attachments, may be up-to 25 MB. Gmail has a search-oriented interface and a "conversation view" similar to an Internet Forum.

   d. Users can buy additional storage, shared among Gmail, Google Drive and Google+ Photos, through a monthly subscription plan. As of 2015, storage up to 15 GB is free, and paid plans are available for up to 30 TB for personal use.

   e. Google updated the Gmail inbox with tabs which allow the application to categorize the user's emails. The five tabs are: Primary, Social, Promotions, Updates and Forums. These tabs also appear in Gmail's mobile version.

   f. Gmail Mobile is a free service developed to provide access to Gmail from mobile devices. Gmail Mobile offers many of the features as Gmail delivered effectively to smaller, mobile screens.

 g. In 2010, Google commenced its new social networking tool, Google Buzz, which integrated with Gmail allowing users to share links and media, as well as status updates with social media platforms.

### Background Regarding Google Drive Accounts

13. Based on my knowledge and experience and information obtained from other law enforcement personnel with training and experience in this area, the following is known about Google Drive accounts:

 a. Google Drive is a file storage and synchronization service created by Google. It allows users to store files in the cloud, share files, and edit documents, spreadsheets, and presentations with collaborators.

 b. For Google Drive to synchronize files between the user's computer and Google Drive storage, the Google Drive 'client' software must be running on the users computer. The client communicates with Google Drive to synchronize data.

 c. Google Drive can be accessed offline on the Google Chrome browser via a Chrome application, which can be installed from the Chrome Web Store. Documents, spreadsheets, presentations and drawings can also be viewed and edited offline through standalone Chrome applications.

 d. Google gives every user 15 GB of online storage space, which is shared across three of its most-used services, Google Drive, Gmail, and Google+ Photos.

 e. Google Drive incorporates a system of file sharing in which the creator of a file or folder is, by default, its owner. The owner can regulate the public visibility of the file or folder. Files or folders can be shared privately with particular users having a Google account, using their @gmail.com email addresses. Sharing files with

users not having a Google account requires making them accessible to anybody with the link. This generates a secret URL for the file, which may be shared via email, blogs, etc. Files and folders can also be made public on the internet, which means that they can be indexed by search engines and thus can be found and accessed by anyone.

### Summary of the Investigation to Date

14.   In April 2019, your Affiant received Cyber Tip Line Report Number 48994174 from the National Center for Missing and Exploited Children (NCMEC) in reference to media files containing what was believed to be child pornography being uploaded onto Google, Inc. email or storage services.

15.   The information on the suspected media containing child pornography was submitted to the Cyber Tip Line by Google, Inc. on or about April 24, 2019. The incident information was categorized as being "Apparent Child Pornography" which was viewed by Google, Inc. representatives.

16.   Google, Inc. provided the Cyber Tip Line with the following information of the user being reported:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: April 22, 2019 at 15:14:44 UTC
**Name**: Hatza Cruz
**Mobile Phone**: +525588144621
**Email Address**: **hatzaloo19@gmail.com** (Verified)
**IP Addresses**: Multiple (all geo-locating to Mexico City, Mexico)
**Number of Uploaded Files**: 68

17.   The Cyber Tip Line Report also included an Executive Summary explaining why the lead information, based on the origination of the IP Addresses, was sent in conjunction to both United States and Mexico law enforcement agencies:

This submission by Google, Inc. reported the file "**20190223_225445.jpg**" which appears "UNFAMILIER" and may depict "NEWLY PRODUCED" content. The reported file appears to depict a prepubescent male, nude from the waist down, with what appears to be an adult hand touching the child's genitalia. Metadata information provided by Google, Inc. appears to indicate that the file may have been taken with a Samsung device on or about February 23, 2019 near Holiday Island in Arkansas.

18. Your Affiant viewed all of the files linked to the Cyber Tip Line Report and determined all of them to in fact to be images of child pornography depicting minor males ranging in ages from approximately four (4) years of age to fourteen (14) years of age with either their penises exposed to the camera or engaged in sexual acts with other minor males. On May 1, 2019 your Affiant again viewed and described three (3) of these files as follows:

(a) **File Name: 116511552_853234929_85663.jpg**

This image depicts two minor males approximately eight (8) to ten (10) years of age both completely naked sitting on a bed while one of the minor males performs oral sex on the other minor male.

(b) **File Name: 116511611_806123496_189127.jpg**

This image depicts two minor males approximately eight (8) to ten (10) years of age both completely naked on a bed while one of the minor males penetrates the anus of the other minor male.

(c) **File Name: 806118858_209866.jpg**

This image depicts a minor male approximately eight (8) to ten (10) years of age naked from the waist down laying on a bed with his legs spread open. There is an unknown adult's hand shown in the photograph inserting a sex device into the minor male's anus.

19. An internet search by your Affiant on the origin of all of the listed IP addresses associated to the sixty-eight (68) uploaded files of child pornography found them all in fact to be geo-located to Mexico City, Mexico. Further review by your Affiant of the Metadata associated

to the reported file, "**20190223_225445.jpg**", of possible production of child pornography with the prepubescent minor male revealed the following information from NCMEC:

> Metadata information:\r\n\r\n**20190223_225445.jpg**\r\n\r\nEXIF\tcameramake\t**samsung**\r\nEXIF\tcameramodel\tSM-N960U\r\nEXIF\t**datecreated**\t**2019:02:23 22:54:45**\r\nEXIF\t**latitude**\t**36.489052**\r\nEXIF\t**longitude**\t**-93.764752972222226**\r\n\r\n "dateTime": "**2019-04-24T16:43:07**."

Based on the provided Metadata by NCMEC, your Affiant found the image file was believed to have been created on or about February 23, 2019 through a Samsung electronic device at the physical location of latitude 36.489052 and longitude of -93.764752972222226. Open source database queries conducted by your Affiant revealed the believed site of the produced image of child pornography was somewhere near 55 Oak Point Drive located in Holiday Island (Eureka Springs), Arkansas 72631.

20. Your Affiant conducted Department of Homeland Security (DHS) database queries on 55 Oak Point Drive in Holiday Island (Eureka Springs), Arkansas 72631, which showed it is believed to be an apartment complex or a multiple single-family unit structure. The queries produced negative results to an individual named "Hatza Cruz" currently residing on the property.

21. Based on your Affiant's training and experience in conducting numerous Internet Crimes Against Children (ICAC) investigations over the last nine (9) years, it is known that pedophiles or online predators of children will often utilize technology such as Virtual Private Networks (VPN) to mask their actual physical location. These efforts are often undertaken when pedophiles or online predators of children are engaged in uploading or downloading images and videos of child exploitation material to hide their illegal activity from law enforcement. A VPN can assist a pedophile or online predator by creating a connection between their internet capable device and one of the VPN servers, which potentially could be located anywhere in the world. VPN users are able to obscure their real time connected IP Address and physical location by instead

displaying one of the VPN IP Addresses or a "virtual location" of anywhere the particular VPN has a private server.

22. Your Affiant respectfully requests the issuance of a search warrant for the data contained within the Google, Inc. email account of **hatzaloo19@gmail.com** associated to the uploaded images of child pornography outlined in Cyber Tip Line Report Number 48994174. This request is being sought to continue investigative efforts in attempts to further identify the user through account setup information, received and sent emails, data files and potential self-identifying uploaded images of the user. This search warrant is also being sought in attempts to further identify the minor male who is believed to have been victimized in the Western District of Arkansas.

## Conclusion

23. Based on the foregoing information, probable cause exists to believe there is located on the computer servers of Google Inc., 1600 Amphitheatre Parkway, Mountain View, California 94043 evidence of violations of Title 18, United States Code, Section 2252. Your Affiant prays upon this honorable court to issue a search warrant to Google Inc., for the items set forth in attachment "B" (which is attached hereto and incorporated herein by reference), that constitute evidence, fruits, and instrumentalities of violation of Title 18, United States Code, Sections 2252.

Gerald Faulkner, Special Agent
Homeland Security Investigations

Affidavit subscribed and sworn to before me this ___8___ day of __May__ 2019

Mark E. Ford
United States Magistrate Judge